Randall N. COX, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63489.

Missouri Court of Appeals,
Western District.

Jan. 4, 2005.

Jeannie M. Willibey, Kansas City, MO,
for appellant.

Deborah Daniels, Jefferson City, MO,
for respondent.

Before SMART, P.J., ELLIS and
HARDWICK, JJ.

*ORDER*

PER CURIAM.

Randall Cox appeals the denial of his
Rule 29.15 Motion without an evidentiary
hearing. Upon review of the record, we
find no error and affirm the motion court's
judgment. We have provided the parties
with a Memorandum explaining the rea-
sons for our decision because a published
opinion would have no jurisprudential val-
ue.

AFFIRMED. Rule 84.16(b)